IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RODNEY G. SHEPARD,

           Plaintiff

   VS.

IRA EDWARDS, *et al.,*

           Defendants

NO. 3:05-CV-111 (CDL)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

# O R D E R

    Before the court is the plaintiff's second MOTION TO APPOINT COUNSEL (Tab #23). In ordering that the plaintiff's first letter-motion to appoint counsel be denied (Tab #19), the undersigned made it clear that counsel is not appointed in §1983 cases except in exceptional circumstances. Additionally, that Order noted that if it became apparent that the plaintiff's rights were being violated because he was not represented, the court would consider assisting the plaintiff in securing that counsel **ON ITS OWN MOTION**.

    After again considering the nature of the claims in the case, the undersigned finds that the legal issues at hand are still ascertainable by the plaintiff. Accordingly, the plaintiff's second Motion to Appoint Counsel (Tab #23) is hereby DENIED.

    SO ORDERED AND DIRECTED, this 27th day of June, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE