IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RODNEY G. SHEPARD, * | |
| Plaintiff * | |
| vs. * | CASE NO. 3:05-CV-111 (CDL) |
| IRA EDWARDS, Jr., *et al.*, * | |
| Defendant * | |
| * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 29, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of October, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE